**U.S. Department of Justice**
United States Attorney

**United States District Court**
Western District of Texas
Waco Division

**FILED**

AUG 1 4 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                                    DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CRIMINAL NO. |
| | ) | **W18CR257** |
| TREY ALLEN CARTWRIGHT (20) | ) | |

## ORDER FOR BENCH WARRANT

It appearing to the Court that an indictment has been filed against the below named defendant(s), it is hereby ORDERED that warrant issue for the arrest of said defendant(s), and bail is hereby fixed in the amount(s) shown below, returnable instanter to the Waco Division of this Court, such bail to be taken by any United States Magistrate Judge.

Defendant                                    Recommended Amount of Bail

TREY ALLEN CARTWRIGHT                    NO BOND

ENTERED at Waco, Texas, this 14th day of August, 2018.

JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE