**FILED**
AUG 1 4 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> V. <br><br> DANIEL LOUIS LOPEZ (1), ~~[REDACTED]~~ <br> RUBEN CEJA-SANCHEZ (3), <br> GARY KEITH MAHAN, JR. (4), <br> MICHAEL TRINIDAD CARBAJAL (5), <br> AMY MICHELLE TEDDER (6), <br> JOE VICTOR MONZON (7), <br> RUBEN ARNOLD MONDRAGON (8), <br> PATRICIA ANN NAVARRO-EATON (9), <br> MICHAEL MARTINEZ (10), <br> COREY ALLEN KUSSMAUL (11), <br> DARNELL O'SHEA McCOY (12), <br> CHARLOTTE NICOLE O'NEAL (13), <br> AUGUSTIN ARIEL CAMACHO (14), <br> DANIEL ALAN TUMMINS (15), <br> FRANCISCO FARIAS, III (16), <br> MAGAN DANIELLE SHUEMAKE (17), <br> POLLY ESTES (18), <br> STEPHANIE NICOLE DAVIS (19), <br> TREY ALLEN CARTWRIGHT (20), <br><br> Defendants | CRIMINAL NO. **W18CR257** <br><br> INDICTMENT <br><br> [VIO: 21 U.S.C. 846 {21 U.S.C. 841(a)(1) & 841(b)(1)(A)(viii); 21 U.S.C. 841(a)(1) & 841(b)(1)(B)(viii); 21 U.S.C. 841(a)(1) & 841(b)(1)(C)} – Conspiracy to Possess With Intent to Distribute Methamphetamine, a Schedule II Controlled Substance] |

THE GRAND JURY CHARGES:

Beginning in or about May, 2017, the exact date unknown to the Grand Jury, and continuing until the present time, in the Western District of Texas and elsewhere, Defendants,

DANIEL LOUIS LOPEZ
RUBEN CEJA-SANCHEZ
GARY KEITH MAHAN, JR.
MICHAEL TRINIDAD CARBAJAL
AMY MICHELLE TEDDER
JOE VICTOR MONZON
RUBEN ARNOLD MONDRAGON
PATRICIA ANN NAVARRO-EATON
MICHAEL MARTINEZ
COREY ALLEN KUSSMAUL
DARNELL O'SHEA McCOY
CHARLOTTE NICOLE O'NEAL
AUGUSTIN ARIEL CAMACHO
DANIEL ALAN TUMMINS
FRANCISCO FARIAS, III
MAGAN DANIELLE SHUEMAKE
POLLY ESTES
STEPHANIE NICOLE DAVIS
and
TREY ALLEN CARTWRIGHT,

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other and others, to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to distribute at least 500 grams of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Section 841(a)(1).

## QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY

The quantity of the mixture or substance containing Methamphetamine involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY | STATUTE |
|---|---|---|
| DANIEL LOUIS LOPEZ (1) | At least 500 grams | 21 U.S.C. § 841(b)(1)(A)(viii) |
| ███████████████████ | At least 500 grams | 21 U.S.C. § 841(b)(1)(A)(viii) |
| RUBEN CEJA-SANCHEZ (3) | At least 500 grams | 21 U.S.C. § 841(b)(1)(A)(viii) |
| GARY KEITH MAHAN, JR. (4) | At least 500 grams | 21 U.S.C. § 841(b)(1)(A)(viii) |
| MICHAEL TRINIDAD CARBAJAL (5) | At least 500 grams | 21 U.S.C. § 841(b)(1)(A)(viii) |
| AMY MICHELLE TEDDER (6) | At least 500 grams | 21 U.S.C. § 841(b)(1)(A)(viii) |
| JOE VICTOR MONZON (7) | At least 500 grams | 21 U.S.C. § 841(b)(1)(A)(viii) |
| RUBEN ARNOLD MONDRAGON (8) | At least 500 grams | 21 U.S.C. § 841(b)(1)(A)(viii) |
| PATRICIA ANN NAVARRO-EATON (9) | At least 50 grams | 21 U.S.C.   841(b)(1)(B)(viii) |
| MICHAEL MARTINEZ (10) | At least 50 grams | 21 U.S.C. § 841(b)(1)(B)(viii) |
| COREY ALLEN KUSSMAUL (11) | At least 50 grams | 21 U.S.C. § 841(b)(1)(B)(viii) |
| DARNELL O'SHEA McCOY (12) | At least 50 grams | 21 U.S.C. § 841(b)(1)(B)(viii) |
| CHARLOTTE NICOLE O'NEAL (13) | At least 50 grams | 21 U.S.C. § 841(b)(1)(B)(viii) |
| AUGUSTIN ARIEL CAMACHO (14) | At least 50 grams | 21 U.S.C. § 841(b)(1)(B)(viii) |
| DANIEL ALAN TUMMINS (15) | At least 50 grams | 21 U.S.C. § 841(b)(1)(B)(viii) |
| FRANCISCO FARIAS, III (16) | At least 50 grams | 21 U.S.C. § 841(b)(1)(B)(viii) |
| MAGAN DANIELLE SHUEMAKE (17) | At least 50 grams | 21 U.S.C. § 841(b)(1)(B)(viii) |
| POLLY ESTES (18) |  | 21 U.S.C. § 841(b)(1)(C) |
| STEPHANIE NICOLE DAVIS (19) |  | 21 U.S.C. § 841(b)(1)(C) |
| TREY ALLEN CARTWRIGHT (20) |  | 21 U.S.C. § 841(b)(1)(C) |

All in violation of Title 21, United States Code, Section 846.

A TRUE BILL:

**SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002**

FOREPERSON

JOHN F. BASH
UNITED STATES ATTORNEY

By:  MARK L. FRAZIER
     Assistant United States Attorney

3